**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | | | |
|---|---|---|---|
| **Case Title :** | Saysettha Vongvilay and Sengmany Luangrath | **Case No :** | 13–21564 – C – 11 |
| | | **Date :** | 7/17/13 |
| | | **Time :** | 10:00 |
| **Matter :** | [42] – Motion/Application to Value Collateral of Citicorp Trust Bank, FSB [DJH–4] Filed by Joint Debtor Sengmany Luangrath, Debtor Saysettha Vongvilay (jgis) | | |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Danielle Hendricks | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :

Resolved by Stipulation filed 7/10/13.